

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00402-CR

**JUSTIN DAVID EVANS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. CR14935

## MEMORANDUM  OPINION

Justin Evans attempts to appeal his conviction for possession of a controlled substance. The certificate of right to appeal indicates that this is a plea bargain case and that Evans waived his right to appeal. TEX. R. APP. P. 25.2(d). Accordingly, the appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Evans may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if

he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Evans desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2 (a).

For the reasons stated, this appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed November 20, 2019
Do not publish
[CR25]

